UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVIDA CLARK<br>　　Plaintiff<br><br>vs.<br><br>MIGUEL ORTIZ,<br>GEORGE CARLSON AND<br>BRENDEN M. BOYLE,<br>　　Defendants | NO. 2:16-CV-03516-RK<br><br><br>JURY TRIAL DEMANDED |

## EXHIBIT LIST OF DEFENDANTS, MIGUEL ORTIZ, GEORGE CARLSON AND BRENDEN M. BOYLE TO MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| | |
| A | Coatesville Police Department Incident Report No. 2014-904M8549 |
| B | Miguel Ortiz Deposition |
| C | Official Dispatch Records |
| D | Scene Photograph |
| E | Dawn Gerald Deposition |
| F | Lavida Clark Deposition |
| G | Stephen Manns Deposition |
| H | Narrative Statement of Brenden Boyle |

1

| Exhibit | Description |
|---|---|
| I | Narrative Statement of George Carlson |
| J | Report of Christopher G. Chapman, Ph.D., dated 1/22/18 |
| K | Qiana Treadwell Deposition |
| L | Report of Harry C. McCann, Jr., dated 12/2/17 |

Respectfully submitted,

**MARGOLIS EDELSTEIN**

Date: <u>March 9, 2018</u>     By: <u>/s/ Rolf E. Kroll</u>
ROLF E. KROLL, ESQUIRE
PA. Attorney I.D. No. 47243
Attorney for Defendants
3510 Trindle Road
Camp Hill, PA  17011
(717) 975-8114
Direct Dial:(717) 760-7502
Fax: (717) 975-8124

2

## **PROOF OF SERVICE**

I hereby certify that I served a copy of the foregoing document, via the US District Court ECF filing system at the address listed below:

Martin J. King
196 West Ashland Street
Doylestown, PA 18901
mking@kingslawinc.com

                                     MARGOLIS EDELSTEIN

Date: <u>March 9, 2018</u>                 By:   */s/ Rolf E. Kroll*